**16-CV-80183-RYSKAMP/WHITE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

```
FILED by ___ D.C.

FEB 05 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI
```

Jonathan Henry Rosen
(Write the full name of the plaintiff)

vs. Mark Schulhof
_____

_____

_____

_____

(Write the full name of the defendant/s in this case)

cat / div 1983/550 W. Palm Beach
Case # _____
Judge _____ Mag White
Motn Ifp no  Fee pd $ 0
Receipt # _____

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### I. Party Information

**A.** Plaintiff: Jonathan H. Rosen

Address: 96 SW Allapattah Rd Indiantown, Fl 34956

Inmate/Prison No.: 901480

*Year* of Birth: 1964 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

**B.** Defendant: Mark Schulhof   Defendant:_____

Official Position:_____   Official Position:_____

Place of Employment: Quadriga Art   Place of Employment:_____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case.  Describe how each defendant is involved, names of other persons involved, and dates and pl aces.  Each claim  should be stat ed in a separately num bered paragraph.  Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted.  Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1) Mark Schulhof, acted under the color of the law to, frame me saying I burglarized his Palm Beach home 315 seabreeze Ave. while he and his wife were out and his nanny and baby left at home. There is no evidence of a burglary, and 20 or more shreds of evidence, that demonstrate or prove his setup / frame. I was arrested 58 days after the alleged fact or better stated the date he is lying about me breaking into his home based on noises his nanny (58 days later) claims to have heard due to his collusion with her — — yet police were not called about a burglary. Much more info is available upon request. Mr. Schulhof sold that home to avoid having evidence within the reach of my private eye and

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do).  Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I am seeking $25 million for Mark Schulhof's actions in acting under the color of the law, with the crime continuing anew, each day, for over four years while I await trial. (The statute of limitations was tolled for half or more of that time while I was ITP).

I am seeking $25 million for conspiring with his nanny, Julian Salgado, to lie to police about the events of 12/26/11 at his home in Palm Beach (though he resides in Scarsdale, NY).

long arm of district rule as he was a homeowner + at the time of his crime(s). I should not be allowed to escape the southern district rule

*the maximum allowable or*

*Therefore, in total I am seeking $50 million total for his crimes against me, as I have suffered in part, broken bones during my time locked up, with permanent physical injury. I, also, have been unable to assist my elderly mom.*

**IV. Jury Demand**

Are you demanding a jury trial?      ✓ Yes      ____ No

Signed this ___27___ day of ___January___, 20 _16_

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: ___1/27/16___

_____
Signature of Plaintiff

*My Tel: 305.490.8621*
*My Father: Kenneth D. Rosen.*



WEST PALM BCH FL 334

FEB 05
11:57 A

Jonathan H. Rosen
96 SW Allapattah
Indiantown, Fl 34956

USMS
INSPECTED
RECEIVED

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Ave, 8N09
Miami, Florida 33128-7716